AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
OCT 0 7 2014
, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Janeth Mancillas<br>YOB: 1983<br>United States citizen<br>*Defendant(s)* | )<br>)<br>) Case No. M-14-1952-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952(a)<br><br>21 USC 841(a)(1) | Knowingly and intentionally attempt to import into the United States from the United Mexican States approximately 21.5 kilograms of methamphetamine, a Schedule I controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 21.5 kilograms of methamphetamine, a Schedule I controlled substance |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

Approved by

*Complainant's signature*

Carlos Martinez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/7/2014

*Judge's signature*

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On October 6, 2014, Janeth Mancillas, a United States citizen, made entry at the pedestrian lane at Hidalgo, Texas port of entry (POE) in Hidalgo, Texas. Customs and Border Protection Officer (CBPO) Charles Balli, who was working the primary inspection area, obtained a negative declaration from Mancillas. CBPO Balli inspected a bottle of shampoo Mancillas was carrying in a bag and noticed it did not have the consistency of shampoo. Mancillas showed the officers a Wal-Mart receipt indicating the shampoo bottle as well as several bottles of aloe vera had been purchased earlier the same day. Mancillas was referred to the secondary inspection area.

In secondary, K-9 Officer Robert Briseno utilized his canine partner "Zzap" to inspect the suitcase and a handbag Mancillas had in her possession. The canine alerted his handler to the presence of the odor of narcotics. The officers removed and opened a bottle revealing a crystal like substance which tested positive for the characteristics of methamphetamine.

The officers seized fourteen bottles labeled as aloe vera and one bottle of shampoo, all of which field tested positive for methamphetamines. The total weight was 21.5 kilograms.

Special Agent Carlos Martinez was notified of the seizure and responded to the POE. In a post Miranda interview, Mancillas stated that she was contacted by a friend who asked her for a favor. Her friend asked her to deliver the bottles of natural products (aloe vera) to his friend's aunt in Dallas, Texas. Mancillas was unable to provide a name, telephone number, or address to his friends aunt. Mancillas said she was given $300 for expenses and was to be paid an undetermined amount upon her return to Mexico.

When asked if she had previously traveled to Dallas, Mancillas stated that she had traveled a long time ago. Agents asked Mancillas for a general time frame of when she last traveled to Dallas and she said it had been one month ago, for a vacation. When confronted with a bus ticket found in her suitcase for a trip to Dallas on October 1, 2014, Mancillas stated that was another time she had traveled to Dallas.

Mancillas stated she travelled to Dallas twice to vacation but was unable to give detailed information of places she stayed or visited. Mancillas did not admit to having knowledge of the narcotics.

This in an on-going investigation.